# United States Court of Appeals
**For the Seventh Circuit**
**Chicago, Illinois 60604**

June 29, 2021

**By the Court:**

| | |
|---|---|
| LEONARD A. SZPLETT, <br>    Plaintiff-Appellant, <br><br> No. 21-2209     v. <br><br> KENCO LOGISTIC SERVICES, LLC, et al., <br>    Defendants-Appellees. | ] Appeal from the United <br> ] States District Court for <br> ] the Northern District of <br> ] Illinois, Eastern Division. <br> ] <br> ] No. 1:19-cv-02500 <br> ] <br> ] Gary Feinerman, <br> ]     Judge. |

### O R D E R

     Rule 4(a) of the Federal Rules of Appellate Procedure requires that a notice of appeal in a civil case be filed in the district court within 30 days of the entry of the judgment or order appealed. In this case judgment was entered on April 22, 2020, and the order denying plaintiff-appellant's motion for reconsideration was entered on May 22, 2020, starting the time to appeal. The notice of appeal filed on June 28, 2021, therefore, is over one year late. The district court has not granted an extension of the appeal period, *see* Rule 4(a)(5), and this court is not empowered to do so, *see* Fed. R. App. P. 26(b). Accordingly,

     IT IS ORDERED that appellant, on or before July 13, 2021, file a brief memorandum stating why this appeal should not be dismissed for lack of jurisdiction. A motion for voluntary dismissal pursuant to Fed. R. App. P. 42(b) will satisfy this requirement. Briefing shall be suspended pending further court order.

NOTE:      Caption document "JURISDICTIONAL MEMORANDUM". The filing of a Circuit Rule 3(c) Docketing Statement does not satisfy your obligation under this order.