# United States Court of Appeals
**For the Seventh Circuit**
**Chicago, Illinois 60604**

June 29, 2021

**By the Court:**

| | |
|---|---|
| LEONARD A. SZPLETT,<br>    Plaintiff-Appellant, | ] Appeal from the United<br>] States District Court for<br>] the Northern District of |
| No. 21-2209    v. | ] Illinois, Eastern Division.<br>] |
| KENCO LOGISTIC SERVICES, LLC,<br>et al.,<br>    Defendants-Appellees. | ] No. 1:19-cv-02500<br>]<br>] Gary Feinerman,<br>]    Judge. |

O R D E R

    A review of the short record reveals that this appeal involves more than one appellee represented by different counsel. Counsel for appellees are encouraged to file a joint brief and appendix or adopt parts of a co-appellee's brief. The parties are reminded that redundant and uncoordinated briefing will be stricken. *See United States v. Torres*, 170 F.3d 749 (7th Cir. 1999); *United States v. Ashman*, 964 F.2d 596 (7th Cir. 1992).