# United States Court of Appeals
**For the Seventh Circuit**
**Chicago, Illinois 60604**

July 13, 2021

**By the Court:**

| | |
|---|---|
| LEONARD A. SZPLETT,<br>    Plaintiff-Appellant, | ] Appeal from the United<br>] States District Court for<br>] the Northern District of |
| No. 21-2209          v. | ] Illinois, Eastern Division.<br>] |
| KENCO LOGISTIC SERVICES, LLC, et al.,<br>    Defendants-Appellees. | ] No. 1:19-cv-02500<br>]<br>] Gary Feinerman,<br>]      Judge. |

### O R D E R

Circuit Rule 3(c)(1), referencing Circuit Rule 28(a), requires an appellant to file a docketing statement which identifies the "provision of the constitution" or "federal statute" involved if jurisdiction is based on the existence of a federal question pursuant to 28 U.S.C. § 1331. And, if an appellant 's statement is not complete and correct, appellee must provide one.

In the present case, appellee Hartford Life's Circuit Rule 3(c) docketing statement fails to set forth the federal statute or constitutional provision involved in this case. This information must be provided. Accordingly,

**IT IS ORDERED** that appellee Hartford Life file a complete statement of jurisdiction that includes the omitted information. The statement is due on or before July 19, 2021.