United States District Court

Northern District of Illinois - CM/ECF LIVE, Ver 6.3.3

# Notice of Electronic Filing

The following transaction was entered on 7/13/2021 at 5:57 PM CDT and filed on 7/13/2021
**Case Name:**         Szplett v. Kenco Logistic Services, LLC et al
**Case Number:**       [1:19-cv-02500](#)
**Filer:**             Leonard A Szplett
**WARNING: CASE CLOSED on 04/22/2020**
**Document Number:** 91(No document attached)


## PAYMENT by Leonard A Szplett regarding [85] of Filing fee $ 505; receipt number 4624259171. (aee, )


**1:19-cv-02500 Notice has been electronically mailed to:**

Donald Alan Murday      dmurday@cmn-law.com, ksyverson@cmn-law.com

Jody Wilner Moran      jody.moran@jacksonlewis.com, ChicagoDocketing@jacksonlewis.com, jody-moran-6864@ecf.pacerpro.com, laura.hernandez@jacksonlewis.com

Joseph R. Jeffery      jjeffery@cmn-law.com, jpalm@cmn-law.com

Julia Pearce Argentieri      Julia.Argentieri@jacksonlewis.com, chicagodocketing@jacksonlewis.com, julia-argentieri-4314@ecf.pacerpro.com, Sharon.Tatum@jacksonlewis.com

Kimberly J Overbaugh      koverbaugh@h-dlaw.com, cnelson@h-dlaw.com, dmulrine@h-dlaw.com, eweirich@h-dlaw.com

Thomas R. Davies      tdavies@h-dlaw.com, cnelson@h-dlaw.com, dmulrine@h-dlaw.com, eweirich@h-dlaw.com

**1:19-cv-02500 Notice has been delivered by other means to:**

Leonard A Szplett
3421 W. 1500 North Rd.
Kankakee, IL 60901

Mario Lopez