No. 21-2209

**IN THE**
**UNITED STATES COURT OF APPEALS**
**FOR THE SEVENTH CIRCUIT**

| | |
|---|---|
| **LEONARD A. SZPLETT, and individual,** ) | |
| ) | **Appeal from the United States** |
| **Plaintiff-Appellant,** ) | **District Court for the Northern** |
| ) | **District of Illinois, Eastern Division.** |
| **v.** ) | |
| ) | |
| **KENCO LOGISTIC SERVICES, LLC, a** ) | **No. 1:19-cv-02500** |
| **TENNESSEE LIMITED LIABILITY** ) | **Judge Gary Feinerman** |
| **COMPANY, MARS, INC., THE** ) | |
| **HARTFORD, DAVID JABALEY, MARIO** ) | |
| **LOPEZ, TAMMI FOWLER, PAULA HISE,** ) | |
| **TRACE SPIER, ROBERT COFFEY, TODD** ) | |
| **MOORE, JAY ELLIOTT, DAVID CAINES,** ) | |
| **MICHAEL MANZELLO, DAVID** ) | |
| **CRAWLEY, and KEVIN WALSH** ) | |
| ) | |
| **Defendants-Appellees.** ) | |

**AMENDED DOCKETING STATEMENT OF HARTFORD LIFE**
**AND ACCIDENT INSURANCE COMPANY**

Hartford Life and Accident Insurance Company, erroneously identified by Appellant in the proceedings before the United States District Court for the Northern District of Illinois as "The Hartford," by its attorneys, submits its Amended Docketing Statement pursuant to Circuit Rule 3(c) of the United States Court of Appeals for the Seventh Circuit and this Court's Order dated July 13, 2021.

1.     Plaintiff-Appellant asserted causes of action purportedly arising under the following federal statutes: 18 U.S.C. §§ 1001, 1505, 1512, 1621, 1962; 42 U.S.C. §§ 1981 and 1985. Plaintiff-Appellant also asserted various causes of action purportedly arising under the following Illinois statues: 735 Ill. Comp. Stat. §§ 5/13-202, 5/13/-205, 5/13-208, 5/13-214.3, 5/13/-

215, and 735 Ill. Comp. Stat. § 5/163-250 [*sic*]. The district court had jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1367(a) over the actions Plaintiff-Appellant asserted in the proceedings before it. None of the Defendants-Appellants asserted any claims in the proceedings before the district court.

2.     On April 22, 2020, the district court entered a Memorandum Opinion and Order (Dkt. #81) and a Judgment In A Civil Case (Dkt. #84) disposing of all claims Plaintiff-Appellant asserted in the proceedings before that court.

3.     On May 20, 2020, Plaintiff-Appellant filed "Plaintiff's Motion to Reconsider to Alter or Amend Judgment" (Dkt. #83).

4.     The district court denied Plaintiff-Appellant's Motion to Reconsider (Dkt. #84) on May 22, 2020.

5.     Plaintiff-Appellant filed his "Notice To Appeal" and "Appellant's Docketing Statement" in the district court on June 28, 2021. Under Federal Rule of Appellate Procedure 4(a)(1)(A) and 4(a)(4), Plaintiff-Appellant's appeal is more than one year late.

DATED: July 19, 2021.                    Respectfully submitted,

/s/ Joseph R. Jeffery
Attorney for the Defendant-Appellee,
Hartford Life and Accident Insurance Company,
(erroneously identified by Appellant as "The Hartford")
CHITTENDEN, MURDAY & NOVOTNY LLC
303 West Madison Street, Suite 1400
Chicago, Illinois  60606
(312) 281-3600 (phone)
(312) 281-3678 (fax)
jjeffery@cmn-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2021, I electronically filed the foregoing Amended Docketing Statement of Hartford Life and Accident Insurance Company, erroneously identified by Appellant in the proceedings before the United States District Court for the Northern District of Illinois as "The Hartford," with the United States Court of Appeals for the Seventh Circuit using the court's CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Joseph R. Jeffery
CHITTENDEN, MURDAY & NOVOTNY LLC
303 West Madison Street, Suite 1400
Chicago, Illinois  60606
(312) 281-3600 (phone)
(312) 281-3678 (fax)
jjeffery@cmn-law.com