# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

July 20, 2021

**By the Court:**

| | |
|---|---|
| LEONARD A. SZPLETT, | ] Appeal from the United |
|     Plaintiff-Appellant, | ] States District Court for |
| | ] the Northern District of |
| No. 21-2209    v. | ] Illinois, Eastern Division. |
| | ] |
| KENCO LOGISTIC SERVICES, LLC, et al., | ] No. 1:19-cv-02500 |
| | ] |
|     Defendants-Appellees. | ] Gary Feinerman, |
| | ]     Judge. |

O R D E R

The court, on its own motion, orders plaintiff-appellant Leonard A. Szplett to show cause for his failure to respond to the court's order of June 29, 2021. Plaintiff-appellant Leonard A. Szplett shall file his response on or before August 3, 2021.

Appellant is advised that failure to respond may result in the dismissal of this appeal.

The clerk is directed to attach a copy of the court's order of June 29, 2021, to appellant's copy of this order.