# United States Court of Appeals
## For the Seventh Circuit
## Chicago, Illinois 60604

August 10, 2021

**By the Court:**

| | |
|---|---|
| LEONARD A. SZPLETT, | ] Appeal from the United |
|    Plaintiff-Appellant, | ] States District Court for |
| | ] the Northern District of |
| No. 21-2209          v. | ] Illinois, Eastern Division. |
| | ] |
| KENCO LOGISTIC SERVICES, LLC, | ] No. 1:19-cv-02500 |
| et al., | ] |
|    Defendants-Appellees. | ] Gary Feinerman, |
| | ]      Judge. |

O R D E R

On consideration of the paper captioned "Response on Orders(s)" filed by appellant on August 6, 2021,

IT IS ORDERED that appellees file, on or before August 18, 2021, a response to appellant's filing, addressing the jurisdictional issue raised in the court's order of June 29, 2021.