# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

October 1, 2021

To: Thomas G. Bruton
UNITED STATES DISTRICT COURT
Northern District of Illinois
Chicago, IL 60604-0000

| | |
|---|---|
| No. 21-2209 | LEONARD A. SZPLETT,<br>      Plaintiff - Appellant<br><br>v.<br><br>KENCO LOGISTIC SERVICES, LLC, et al.,<br>      Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 1:19-cv-02500<br>Northern District of Illinois, Eastern Division<br>District Judge Gary Feinerman ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:                                        No record to be returned

form name: **c7_Mandate**    (form ID: **135**)