# United States Court of Appeals
## For the Seventh Circuit
### Chicago, Illinois 60604

September 9, 2021

*Before*

**Ilana Diamond Rovner,** *Circuit Judge*
**Michael B. Brennan,** *Circuit Judge*
**Amy J. St. Eve,** *Circuit Judge*

| | |
|---|---|
| LEONARD A. SZPLETT,<br>    Plaintiff-Appellant,<br><br>No. 21-2209        v.<br><br>KENCO LOGISTIC SERVICES, LLC,<br>et al.,<br>    Defendants-Appellees. | ] Appeal from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No. 1:19-cv-02500<br>]<br>] Gary Feinerman,<br>]    Judge. |

O R D E R

On consideration of the papers filed in this appeal and review of the short record,

IT IS ORDERED that this appeal is DISMISSED for lack of jurisdiction.

Rule 4(a) of the Federal Rules of Appellate Procedure requires that a notice of appeal in a civil case be filed in the district court within 30 days of the entry of the judgment or order appealed. In this case judgment was entered on April 22, 2020, and the order denying plaintiff-appellant's motion for reconsideration was entered on May 22, 2020, starting the time to appeal. The notice of appeal filed on June 28, 2021, therefore, is over one year late. The district court has not granted an extension of the appeal period, *see* Rule 4(a)(5), and this court is not empowered to do so, *see* Fed. R. App. P. 26(b).

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit