# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

October 1, 2021

To:   Thomas G. Bruton
      UNITED STATES DISTRICT COURT
      Northern District of Illinois
      Chicago, IL 60604-0000

| | |
|---|---|
| No. 21-2209 | LEONARD A. SZPLETT,<br>            Plaintiff - Appellant<br><br>v.<br><br>KENCO LOGISTIC SERVICES, LLC, et al.,<br>            Defendants - Appellees |

| Originating Case Information: |
|---|
| District Court No: 1:19-cv-02500 |
| Northern District of Illinois, Eastern Division |
| District Judge Gary Feinerman |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:                    No record to be returned

form name: **c7_Mandate**    (form ID: **135**)